**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mohammad Rahim Karimzai,<br>Petitioner,<br>v.<br>David R. Rivas, et al.,<br>Respondents. | No. CV-26-01367-PHX-SPL (JFM)<br><br>**ORDER** |

Petitioner having now been released and Respondents having filed the Notice of Compliance required by the Court's September 30, 2026 Order (Doc. 23),

**IT IS ORDERED** that the Clerk of Court shall enter judgment in favor of Petitioner and close this case.

Dated this 6th day of October, 2026.

Honorable Steven P. Logan
United States District Judge